EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2006 TSPR 147 |
| | |
| Alfredo Ramírez de Arellado Del Valle | 169 DPR _____ |

Número del Caso: TS-2649

Fecha: 22 de septiembre de 2006

Abogado de la Parte Peticionaria:

       Por Derecho Propio

Colegio de Abogados de Puerto Rico:

       Lcdo. José M. Montalvo Trías
       Director Ejecutivo

Materia: Baja voluntaria del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Alfredo Ramírez de Arellano                TS-2649
Del Valle


Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Fuster Berlingeri y la Juez Asociada señora Fiol Matta.

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de septiembre de 2006.


Examinada la Moción presentada por el Colegio de Abogados de Puerto Rico reaccionando a la solicitud de baja voluntaria del Lcdo. Alfredo Ramírez de Arellano, con lugar como se pide.

Se autoriza la baja voluntaria del ejercicio de la abogacía del licenciado Ramírez de Arellano.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo